1184

No. 05–8012. RING v. KNECHT ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–8013. ATWELL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–8015. BONHOMETRE v. GONZALES, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–8016. BOWMAN v. BOWMAN. Cir. Ct. Jackson County, W. Va. Certiorari denied.

No. 05–8019. PURNELL v. MICHIGAN. Cir. Ct. Berrien County, Mich. Certiorari denied.

No. 05–8020. LOTHARP v. HUNT ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–8022. LAWSON v. HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–8028. WELLS v. ERCOLE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–8032. THURMAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–8039. DOL v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 05–8040. BOGER v. CIRCUIT COURT OF VIRGINIA, AUGUSTA COUNTY. Sup. Ct. Va. Certiorari denied.

No. 05–8043. JACKSON v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 05–8044. JACOBS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 05–8047. MARTI v. CONNECTICUT. App. Ct. Conn. Certiorari denied.